

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---
### NO. AP-76,411
---

**EX PARTE DANNY LEE WARD, Applicant**

---
### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 20297-C IN THE 251ST DISTRICT COURT
### FROM RANDALL COUNTY
---

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of robbery, sentenced to seventeen years' imprisonment, and one count of aggravated robbery, sentenced to twenty-three years' imprisonment. The Seventh Court of Appeals affirmed his conviction. *Ward v. State*, No. 07-09-0116-CR (Tex. App.–Amarillo, March 31, 2010).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the State does not oppose granting relief. Applicant is entitled to relief. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Seventh Court of Appeals in Cause No. 07-09-0116-CR that affirmed his conviction in Case No. 20297-C from the 251st Judicial District Court of Randall County. Applicant shall file his petition for discretionary review with the Seventh Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: September 15, 2010
Do not publish